**STATE of Missouri, Respondent,**

v.

**David J. DAVIS, Appellant.**

**No. WD 63621.**

Missouri Court of Appeals, Western District.

March 29, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 2005.

Kent Denzel, State Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, and Stephanie Morrell, Office of Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, VICTOR C. HOWARD, Judge, and THOMAS H. NEWTON, Judge.

**ORDER**

David J. Davis appeals the circuit court's judgment convicting him of first-degree assault. We affirm. Rule 30.25(b).